705 A.2d 439

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Aaron D. DENKER, Respondent.**

**No. 196 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 10, 1998.

## *ORDER*

PER CURIAM.

AND NOW, this 10th day of February, 1998, upon consideration of the Report and Recommendations of the Disciplinary Board dated November 26, 1997, it is hereby

ORDERED that AARON D. DENKER be and he is DIS-BARRED from the Bar of this Commonwealth, retroactive to May 6, 1996, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.